**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-20573**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ROBERTO CASTELLANOS,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H:98-CR-340-2)**
_____
**July 7, 2000**

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for Roberto Castellanos has moved for leave to withdraw, including filing a brief as required by **_Anders v. California_**, 386 U.S. 738 (1967). Castellanos has filed a response to counsel's motion. Our independent review of the brief, Castellanos' response, and the record, discloses _no_ nonfrivolous issue. Accordingly, the motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the appeal is

_DISMISSED._

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.